**No. 10-8544. Lorenzo Boyd, aka Lorezo Boyd, Petitioner v. United States.**

563 U.S. 991, 131 S. Ct. 2444, 179 L. Ed. 2d 1216, 2011 U.S. LEXIS 3672.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 398 Fed. Appx. 649.

**No. 10-8621. Steven Michael Woods, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 991, 131 S. Ct. 2444, 179 L. Ed. 2d 1216, 2011 U.S. LEXIS 3751.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 399 Fed. Appx. 884.

**No. 10-8630. Vitali Makarenkov, Petitioner v. United States.**

563 U.S. 991, 131 S. Ct. 2445, 179 L. Ed. 2d 1216, 2011 U.S. LEXIS 3722.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 401 Fed. Appx. 442.

**No. 10-8666. Richard Vasquez, Petitioner v. Rick Thaler, Director,**

**Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 991, 131 S. Ct. 2445, 179 L. Ed. 2d 1216, 2011 U.S. LEXIS 3633.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 389 Fed. Appx. 419.

**No. 10-8745. John Clifton, Petitioner v. Florida Parole Commission.**

563 U.S. 992, 131 S. Ct. 2445, 179 L. Ed. 2d 1216, 2011 U.S. LEXIS 3723.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8784. Adebayo O. T. Fayiga, Petitioner v. Kyra Sophia Cassagnol, et al.**

563 U.S. 992, 131 S. Ct. 2445, 179 L. Ed. 2d 1216, 2011 U.S. LEXIS 3763,

May 16, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 49 So. 3d 252.